# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| STACIE MILLER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO, ESTATE OF VINTON MILLER<br><br>PLAINTIFF,<br><br>vs.<br><br>PLACER COUNTY, A MUNICIPAL CORPORATION; THE PLACER COUNTY SHERIFF'S OFFICE, A PUBLIC ENTITY; PLACER COUNTY SHERIFF'S OFFICER DEPUTY CORONER ERIC HINTZE, INDIVIDUALLY; CALIFORNIA HIGHWAY PATROL, A PUBLIC ENTITY; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, INDIVIDUALLY; CALIFORNIA STATE PARKS, A PUBLIC ENTITY; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, INDIVIDUALLY, EVAN MATSHES, INDIVIDUALLY; NAAG FORENSICS PC, AN ENTITY, AND DOE 1 TO 100, INDIVIDUALLY, JOINT AND SEVERALLY,<br><br>DEFENDANT(S). | Case No.: 2:25-cv-1389-WBS-JDP<br><br>**[PROPOSED]** **ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM** |

**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM**

THE COURT FINDS that it is reasonable and necessary to appoint a Guardian ad Litem for the minor child, N.M, appointed as requested.

THE COURT ORDERS that Stacie Miller is hereby appointed as Guardian ad Litem for minor child, N.M.

IT IS SO ORDERED.

Dated:   June 12, 2025                              _____
                                                                    JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM**