DAVID T. SHUEY, ESQ. (Bar No. 162087)
Email: shuey@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 City Center
475 14th Street, Suite 650
Oakland, CA 94612
Telephone Number: (510) 433-2600
Facsimile Numbers: (510) 452-3006 and (510) 433-2699

Attorney for Defendants,
EVAN MATSHES; and
NAAG FORENSICS, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE MILLER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO, ESTATE OF VINTON MILLER,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY, A MUNICIPAL CORPORATION; THE PLACER COUNTY SHERIFF'S OFFICE, A PUBLIC ENTITY; PLACER COUNTY SHERIFF'S OFFICER DEPUTY CORONER ERIC HINTZE, INDIVIDUALLY; CALIFORNIA HIGHWAY PATROL, A PUBLIC ENTITY; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, INDIVIDUALLY; CALIFORNIA STATE PARKS, A PUBLIC ENTITY; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, INDIVIDUALLY, EVAN MATSHES, INDIVIDUALLY; NAAG FORENSICS PC, AN ENTITY, AND, and DOE 1 through 100,<br><br>Defendants. | Case No. 2:25-cv-01389-WBS-JDP<br><br>*Case Assigned to:* Senior District Judge William B. Shubb<br><br>*Case Referred to:* Judge Jeremy D. Peterson<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS EVAN MATSHES AND NAAG FORENSICS, P.C.**<br><br>Complaint Filed: 05/15/2025 |

Plaintiff STACIE MILLER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO, ESTATE OF VINTON MILLER (hereinafter, "Plaintiff") hereby stipulates and agrees that the deadline to respond to the Complaint filed May 15, 2025, shall be extended to July 10, 2025,

as to Defendants EVAN MATSHES; and NAAG FORENSICS, P.C. (hereinafter "Matshes and NAAG Defendants"), only.  This is the Matshes and NAAG Defendants' first request for an extension of time to respond to Plaintiff's Complaint.  The parties agree that good cause exists to extend the time for the Matshes and NAAG Defendants to respond, which good cause is: new counsel for the Matshes and NAAG Defendants was retained on June 27, 2025, which counsel had no prior knowledge of the matter.  To fully and accurately respond to the Complaint, new counsel requires additional time to review the lengthy Complaint, conduct factual investigation and legal research, and prepare an Answer or other appropriate response.

This Stipulation is intended to comply with Local Rule 144 of the Eastern District of California, and as such is signed by all parties who have appeared.

Dated:  July 3, 2025.                                MOHSINI LAW, INC.


By:   /s/Sheila L. Mohsini
      SHEILA L. MOHSINI, ESQ.
      Attorney for Plaintiff,
      STACIE MILLER, individually and as
      Successor in Interest to, Estate of Vinton
      Miller

Dated:  July 1, 2025.                                RANKIN, SHUEY, MINTZ,
                                                     LAMPASONA & HARPER


By:   /s/David T. Shuey
      DAVID T. SHUEY
      PATRICK J. GOONAN
      Attorney for Defendants,
      EVAN MATSHES; and
      NAAG FORENSICS, P.C.

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS EVAN MATSHES AND NAAG FORENSICS, P.C.**

1  **IT IS SO ORDERED:**

2  Dated:  July 8, 2025

3  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE