SHEILA L. MOHSINI, STATE BAR NO. 326635
MOHSINI LAW, INC
118 E OAK AVE
VISALIA, CA 93292
TELEPHONE: (559) 372-7221
FAX: (559) 553-8838
E-mail: SHEILA@MOHSINILAW.COM

Attorney for Plaintiffs
N.M., and Stacie Miller

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| N.M., a minor, STACIE MILLER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO, ESTATE OF VINTON MILLER,<br><br>Plaintiff(s),<br><br>vs.<br><br>PLACER COUNTY, A municipal corporation; the PLACER COUNTY SHERIFF'S DEPARTMENT, UNDER WAYNE WOO, in his individual and official capacities; PLACER COUNTY SHERIFF'S OFFICER DEPUTY CORONER ERIC HINTZE, individually; CALIFORNIA HIGHWAY PATROL, a public entity; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, individually; CALIFORNIA STATE PARKS, a public entity; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, individually, EVAN MATSHES, individually; NAAG FORENSICS PC, AN ENTITY and DOES 1 through 100, individually, jointly and severally,<br><br>Defendant(s). | Case No.: 2:25-cv-01389-WBS-JDP<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTIONS TO DISMISS** |

Good Cause having been shown,

IT IS HEREBY ORDERED that Plaintiffs shall have until and including, July 28, 2025, to file a response to the Motions to Dismiss filed on June 23, 2025.

Dated: July 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE