SHEILA L. MOHSINI, ESQ (SBN 326635)
**MOHSINI LAW**
118 E OAK AVE STE B
VISALIA, CA 93292
PH: (559) 372-7221
FAX: (559) 553-8838
E-MAIL: SHEILA@MOHSINILAW.COM

Attorney for Plaintiff

NATALIYA SHTEVNINA, ESQ
SHAWNA HARRIS, ESQ
**COUNTY OF PLACER**
OFFICE OF COUNTY COUNSEL
175 FULWEILER AVE
AUBURN, CA 95603
PH: (530) 889-4055
FAX: (530) 889-4069
EMAIL: SHARRIS@PLACER.CA.GOV
         CCL-ESERVICE@PLACER.CA.GOV
         NSHTEVNINA@PLACER.CA.GOV
         AANVARI@PLACER.CA.GOV

ASHLEY N. REYES, ESQ.
NORMAL DONALD MORRISON, IV, ESQ.
**CALIFORNIA DEPARTMENT OF JUSTICE**
2550 MARIPOSA MALL, ROOM 5090
FRESNO, CA 93721
PH: (559) 705-2312
FAX: (559) 445-5106
EMAIL: ASHLEY.REYES@DOJ.CA.GOV
         NORMAN.MORRISON@DOJ.CA.GOV
         CARRIE.VUE@DOJ.CA.GOV

LEE H. ROISTACHER, ESQ.
KIMBERLY A. SULLIVAN, ESQ.
**DEAN, GAZZO, ROISTACHER LLP**
440 STEVENS AVE STE 100
SOLANA BEACH, CA
PH: (858) 264-4938
FAX: (858) 492-0486
EMAIL: LROISTACHER@DEANGAZZO.COM
         KSULLIVAN@DEANGAZZO.COM
         MMACIAS@DEANGAZZO.COM
         MKILCREASE@DEANGAZZO.CO

Attorneys for Defendants

- 1 -

**STIPULATION AND JOINT REQUEST FOR ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF SHEILA L. MOHSINI; ORDER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTICT OF CALIFORIA

| | |
|---|---|
| STACIE MILLER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO, ESTATE OF VINTON MILLER<br><br>PLAINTIFF,<br><br>vs.<br><br>PLACER COUNTY, A MUNICIPAL CORPORATION; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, INDIVIDUALLY; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, INDIVIDUALLY; AND DOE 1 TO 100, INDIVIDUALLY, JOINT, AND SEVERALLY<br><br>DEFENDANTS(S) | Case No.: 2:25-cv-01389-WBS-JDP<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF SHEILA L. MOHSINI; ORDER**<br><br>Honorable Judge: William B. Shubb |

Plaintiff STACIE MILLER, and Defendants PLACER COUNTY, and PLACER COUNTY SHERIFF'S OFFICE ("County Defendants"), CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN ("CHP Officer Clayton Guillemin"), and CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH ("California State Parks Officer Matthew Yarbrough") by and through their counsel, hereby, stipulate, pursuant to Civil Local Rules

WHEREAS, Plaintiffs filed a Complaint on May 15, 2025 (ECF No. 1);

WHEREAS, on May 16 2025, the Court issued an Initial Case Management Scheduling Order setting an initial case management conference on September 22, 2025 (ECF No. 3);

WHEREAS, Defendants filed Motions to Dismiss on June 23, 2025 (ECF No. 19, 21, 22 and 31);

1  WHEREAS, the aforementioned Motions were heard on August 18, 2025, on which date counsel for the parties met and conferred regarding a continuance of the initial case management conference due to scheduling conflicts.

NOW THEREFORE, the parties hereby STIPULATE as follows:

The parties STIPULATE and JOINTLY REQUEST that the Court continue the initial case management conference set for September 22, 2025 at 1:30 P.M to January 26, 2026 at 1:30 P.M.

SHEILA L. MOHSINI
**MOHSINI LAW**

DATED: 08/24/25

_____
/s/ Sheila L. Mohsini
Attorney for Plaintiff


DATED:

NATALIYA SHTEVNINA, ES
**COUNTY OF PLACER**
**OFFICE OF COUNTY COUNSEL**

/s/_____
Attorney for Defendants
COUNTY OF PLACER


DATED:

ASHLEY N. REYES
**CALIFORNIA DEPARTMENT OF JUSTICE**

/s/_____
Attorney for Defendant
MATTHEW YARBROUGH


DATED:

KIMBERLY A. SULLIVAN, ESQ.
**DEAN, GAZZO, ROISTACHER LLP**

/s/_____
Attorney for Defendant
CLAYTON GUILLEMIN

**STIPULATION AND JOINT REQUEST FOR ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF SHEILA L. MOHSINI; ORDER**

## DECLARATION OF SHEILA L. MOHSINI

I, Sheila L. Mohsini, declare and state as follows:

1. I am attorney at law and counsel of record for Plaintiff STACIE MILLER ("Plaintiff")

2. I submit this declaration in support of the Stipulation and Joint Request to extend the initial case management conference.

3. On September 22, 2025, counsel for Plaintiff will be in trial.

4. The parties therefore propose to move the date if the initial case management conference from September 22, 2025 to January 26, 2026, the proposed date is the next date that counsel for Plaintiff and counsel for Defendants are available for the Court's Monday case management conference schedule.

5. While this date change pushes the initial case management conference back by five weeks, it will not delay progress in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 28, 2025

                                           /s/
                                           SHEILA L. MOHSINI
                                           Attorney for Plaintiff

1 **ORDER**

2    PURSUANT TO STIPULATION, and good cause appearing, IT IS SO ORDERED that the

3 parties' initial case management conference set for September 22, 2025 at 1:30 P,M shall be

4 continued to **January 26, 2026 at 1:30 P.M.**

5 Dated: September 4, 2025

6                                   WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

**STIPULATION AND JOINT REQUEST FOR ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF SHEILA L. MOHSINI; ORDER**