SHEILA L. MOHSINI, ESQ (SBN 326635)
**MOHSINI LAW**
118 E OAK AVE STE B
VISALIA, CA 93292
PH: (559) 372-7221
FAX: (559) 553-8838
E-MAIL: SHEILA@MOHSINILAW.COM

Attorney for Plaintiff

NATALIYA SHTEVNINA, ESQ
ALLEGRA ANVARI, ESQ
**COUNTY OF PLACER**
OFFICE OF COUNTY COUNSEL
175 FULWEILER AVE
AUBURN, CA 95603
PH: (530) 889-4055
FAX: (530) 889-4069
EMAIL: CCL-ESERVICE@PLACER.CA.GOV
    NSHTEVNINA@PLACER.CA.GOV
    AANVARI@PLACER.CA.GOV

LEE H. ROISTACHER, ESQ.
KIMBERLY A. SULLIVAN, ESQ.
**DEAN, GAZZO, ROISTACHER LLP**
440 STEVENS AVE STE 100
SOLANA BEACH, CA
PH: (858) 264-4938
FAX: (858) 492-0486
EMAIL: LROISTACHER@DEANGAZZO.COM
    KSULLIVAN@DEANGAZZO.COM
    MMACIAS@DEANGAZZO.COM
    MKILCREASE@DEANGAZZO.CO

Attorneys for Defendants

- 1 -

**STIPULATION AND JOINT REQUEST FOR ORDER TO CONTINUE DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS; DECLARATION OF SHEILA L. MOHSINI; ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORIA

| | |
|---|---|
| STACIE MILLER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO, ESTATE OF VINTON MILLER<br><br>PLAINTIFF,<br><br>vs.<br><br>PLACER COUNTY, A MUNICIPAL CORPORATION; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, INDIVIDUALLY; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, INDIVIDUALLY; BROOKE RITZMAN, INDIVIDUALLY, AND DOE 1 TO 100, INDIVIDUALLY, JOINT, AND SEVERALLY<br><br>DEFENDANTS(S) | Case No.: 2:25-cv-01389-WBS-JDP<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER TO CONTINUE DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS; DECLARATION OF SHEILA L. MOHSINI; ORDER**<br><br>Honorable Judge: William B. Shubb |

Plaintiff STACIE MILLER, and Defendants PLACER COUNTY, and PLACER COUNTY SHERIFF'S OFFICE ("County Defendants"), and CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN ("CHP Officer Clayton Guillemin"), by and through their counsel, hereby, stipulate, pursuant to Civil Local Rules

WHEREAS, Defendant CHP Officer Clayton Guillemin filed a Motion to Stay Proceedings on September 3, 2025. (ECF Doc. 51)

WHEREAS, Plaintiff filed Amended Complaint on September 15, 2025. (ECF Doc. 50)

WHEREAS, Defendant CHP Officer Clayton Guillemin filed a Motion to Dismiss on September 24, 2025. (ECF Doc. 61)

WHEREAS, Defendants County Defendants filed a a Motion to Dismiss on September 29, 2025. (ECF Doc. 64)

WHEREAS, the above-mentioned matters are scheduled to be heard on November 24, 2025.

- 2 -

**STIPULATION AND JOINT REQUEST FOR ORDER TO CONTINUE DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS; DECLARATION OF SHEILA L. MOHSINI; ORDER**

1  NOW THEREFORE, the parties hereby STIPULATE as follows:

2  No discovery shall be sought from Defendant CHP Officer Clayton Guillemin pending the
3  Court's ruling on Defendant's Motion to Stay Proceedings filed on September 3, 2025.

4  The parties further STIPULATE and JOINTLY REQUEST that the Court continue the
5  Motions to Dismiss and Motion to Stay currently set for November 24, 2025 at 1:30 P.M to January
6  20, 2026 at 1:30 P.M.

|   |   |
|---|---|
|   | SHEILA L. MOHSINI<br>**MOHSINI LAW** |
| DATED: 08/24/25 | _____<br>/s/ Sheila L. Mohsini<br>Attorney for Plaintiff |
| DATED: 11/3/2025 | NATALIYA SHTEVNINA, ES<br>**COUNTY OF PLACER**<br>**OFFICE OF COUNTY COUNSEL**<br><br>/s/ Nataliya Shtevnina<br>Attorney for Defendants<br>COUNTY OF PLACER |
| DATED: 11/7/2025 | LEE H. ROISTACHER, ESQ.<br>**DEAN, GAZZO, ROISTACHER LLP**<br><br>/s/ Lee H. Roistacher<br>Attorney for Defendant<br>CLAYTON GUILLEMIN |

- 3 -

**STIPULATION AND JOINT REQUEST FOR ORDER TO CONTINUE DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS; DECLARATION OF SHEILA L. MOHSINI; ORDER**

## DECLARATION OF SHEILA L. MOHSINI

I, Sheila L. Mohsini, declare and state as follows:

1. I am attorney at law and counsel of record for Plaintiff STACIE MILLER ("Plaintiff")

2. I submit this declaration in support of the Stipulation and Joint Request to Continue the Motion to Dismiss and Motion to Stay.

3. On November 24, 2025, counsel for Plaintiff will be on medical leave.

4. The parties therefore propose to move the date for the motions to be heard from November 24, 2025 to January 20, 2026, the proposed date is the next date that counsel for Plaintiff and counsel for Defendants are available for the Court's availability to hear motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 30, 2025

                                              */s/* Sheila L. Mohsini
                                              SHEILA L. MOHSINI
                                              Attorney for Plaintiff

**STIPULATION AND JOINT REQUEST FOR ORDER TO CONTINUE DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS; DECLARATION OF SHEILA L. MOHSINI; ORDER**

# ORDER

PURSUANT TO STIPULATION, and good cause appearing, IT IS SO ORDERED that Defendants County Defendants and CHP Officer Clayton Guillemin's Motions to Dismiss and Defendant CHP Officer Clayton Guillemin's Motion to Stay set for November 24, 2025 at 1:30 p.m. shall be continued to **January 20, 2026 at 1:30 p.m.**

The Scheduling Conference is continued from January 26, 2026 to **March 9, 2026 at 1:30 p.m.** A joint status report shall be filed no later than **February 23, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed May 16, 2025 (Docket No. 3).

Dated: November 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE