UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

N.M., a minor, by and through Guardian Ad Litem STACIE MILLER, individually and as successor in interest to, ESTATE OF VINTON MILLER,

Plaintiff,

v.

PLACER COUNTY, a municipal corporation; THE PLACER COUNTY SHERIFF'S OFFICE, a public entity; PLACER COUNTY SHERIFF'S OFFICER DEPUTY CORONER ERIC HINTZE, individually; CALIFORNIA HIGHWAY PATROL, a public entity; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, individually; CALIFORNIA STATE PARKS, a public entity; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, individually, EVAN MATSHES, individually; NAAG FORENSICS PC, an entity, and DOES 1 to 100, individually,

Defendants.

No. 2:25-cv-1389 WBS JDP

ORDER

----oo0oo----

Pursuant to the Order of the Ninth Circuit in N.M. v. Guillemin, No. 25-5890, Dkt. 30 (9th Cir. Aug. 7, 2026), plaintiff's Fourth Amendment, Fourteenth Amendment, and Tom Bane Act claims are hereby dismissed as against defendant Clayton Guillemin.

IT IS SO ORDERED.

Dated: September 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE