UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| STACIE MILLER, individually and as successor in interest to ESTATE OF VINTON MILLER,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY, a municipal corporation; THE PLACER COUNTY SHERIFF'S OFFICE, a public entity; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, individually; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBOUGH, individually; PLACER COUNTY DISPATCHER BROOKE RITZMAN, individually; and DOES 1 TO 100, individually,<br><br>Defendants. | No. 2:25-cv-01389 WBS JDP<br><br><u>ORDER</u> |

----oo0oo----

The court has received plaintiff's administrative request to correct or clarify the court's dismissal of defendants Evan Matshes and NAAG Forensics PC. (Docket No. 78.) Plaintiff is reminded that requests to "correct or clarify" a court order

must be done by motion, not administrative application. Fed. R. Civ. P. 60(a), (b). The court will accordingly not consider plaintiff's request unless and until it is properly brought by motion.

Dated: September 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE