UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| STACIE MILLER, individually and as successor in interest to ESTATE OF VINTON MILLER,,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY, et al.,<br><br>Defendants. | No. 2:25-cv-01389 WBS JDP<br><br><u>ORDER GRANTING PLAINTIFF'S MOTION TO REVISE</u> |

----oo0oo----

On August 22, 2025, the court dismissed "all claims as against defendants Dr. Evan Matshes and Naag Forensics PC . . . with prejudice." (Docket No. 48 at 25.) The order dismissed these claims because plaintiff agreed to dismissal at oral argument, and it gave no reason for making that dismissal with prejudice. (<u>Id.</u> at 6 n.2.) Plaintiff now moves to revise those dismissals to be without prejudice. (Mot. (Docket No. 89).)

"[A]t any time before the entry of final judgment," a court may revise "any order . . . that adjudicates fewer than all

the claims or the rights and liabilities of fewer than all the parties." Fed. R. Civ. P. 54(b). The August 22, 2025 order did not enter final judgment. The court may therefore revise it for sufficient cause. Ferguson v. GreenSky, Inc., No. 22-15780, 2023 WL 4462126, at *2 (9th Cir. July 11, 2023) (quoting City of L.A., Harbor Div. v. Santa Monica Baykeeper, 254 F.3d 882, 885 (9th Cir. 2001)).

The court used the term "with prejudice" inadvertently: it intended to deny plaintiff leave to amend these claims, not to preclude her from refiling them in state court. That is sufficient cause for revision. Dismissals at the plaintiff's request are ordinarily without prejudice "[u]nless the order states otherwise." Fed. R. Civ. P. 41(a)(2). Non-merits dismissals, moreover, are typically without prejudice. See Missouri ex rel. Koster v. Harris, 847 F.3d 646, 656 (9th Cir. 2017). Neither the court's remarks nor plaintiff's concession at oral argument indicated that dismissal of these claims would be on the merits. Indeed, plaintiff agreed to dismissal while noting that she was considering filing these claims in state court, an option that dismissal with prejudice would foreclose. (Mot. Hr'g Tr. at 46 (Docket No. 75).) Amending the order will therefore conform the disposition to the court's intentions.

IT IS THEREFORE ORDERED that plaintiff Stacie Miller's motion to revise (Docket No. 89) be, and the same hereby is, GRANTED, and the court's August 22, 2025 order (Docket No. 48) is AMENDED to DISMISS WITHOUT PREJUDICE plaintiff's claims against defendants Dr. Evan Matshes and Naag Forensics PC. The January 19, 2027 hearing is hereby VACATED.

Dated: October 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE