UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| STACIE MILLER, individually and as successor in interest to ESTATE OF VINTON MILLER,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY, a municipal corporation; PLACER COUNTY SHERIFF'S OFFICE, a public entity; CALIFORNIA HIGHWAY PATROL OFFICER CLAYTON GUILLEMIN, individually; CALIFORNIA STATE PARKS OFFICER MATTHEW YARBROUGH, individually; PLACER COUNTY DISPATCHER BROOKE RITZMAN, individually; and DOES 1-100, individually, joint and severally,<br><br>Defendants. | No. 2:25-cv-01389 WBS JDP<br><br>ORDER RE: DEFENDANTS PLACER COUNTY AND PLACER COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS |

----oo0oo----

Defendants Placer County and Placer County Sheriff's Office ("County Defendants") move to dismiss plaintiff's claims against them. (Mot. (Docket No. 83).) In their reply brief,

County Defendants raised for the first time the issue of discretionary immunity under California Government Code §§ 820.2 and 815.2(b). (Reply at 2-4 (Docket No. 91).) To ensure that plaintiff has a full and fair opportunity to respond, she may submit a sur-reply addressing County Defendants' arguments regarding discretionary immunity no later than November 18, 2026.

IT IS SO ORDERED.

Dated: November 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE